IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

HANS FESENMEYER, et al., )
)
Plaintiffs, )
)
v. )
No. 00-824-CV-W-SOW
)
STATE OF MISSOURI, et al., )
)
Defendants. )

**MOTION TO DISMISS BY DEFENDANTS MEG SMITH AND DENISE OLIVER**

Defendants Smith and Oliver move this Court to dismiss them from the above styled

cause because Plaintiffs have failed to state a claim against either Defendant. In support, Defendants state as follows:

Plaintiffs's claims generally allege disability discrimination and name over twenty individual Defendants. Defendants Smith and Oliver were recently served with the summons and Complaint.

No claim is stated against either of these Defendants for the simple fact that their names do not appear anywhere in Plaintiffs'

Complaint, nor is there any way to assess any potential involvement by Defendants Smith and Oliver in the facts alleged.

For the purposes of a motion to dismiss under Rule 12(b)(6), Plaintiffs enjoy the right to have all facts alleged in the complaint to be assumed true. *Coleman v. Watt*, 40 F.3d 255, 258 (8th Cir.1994). Further, pleadings are liberally construed in the light most favorable to the plaintiff. *Id.* But Plaintiffs' Complaint must set forth a short and plain statement of

their claims showing entitlement to relief. Fed.R.Civ.P. 8(a); *Bramlet v. Wilson*, 495 F.2d 714, 716 (8th Cir.1974).

Plaintiffs have stated no allegations against either of these Defendants, and contrary to Rule 10(a), neither of these names appears in the title of the action.

Rule 12(b)(6) requires that an action be dismissed for failure to state a claim if it is clear on the face of the pleadings that no relief may be obtained even when the facts are viewed in

the light most favorable to the plaintiff. Here, Plaintiffs plead no facts and in fact do not even name these Defendants. Accordingly, Defendants Smith and Oliver must be dismissed.

WHEREFORE, Defendants Smith and Oliver pray this Court dismiss them from this action.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON

Attorney General

_/s/ Joel E. Anderson________________________________

Joel E. Anderson
Assistant Attorney General

Missouri Bar No. 40962

6th Floor Broadway State Office Building

P.O. Box 899
Jefferson City, Missouri 65102

Phone: (573) 751-0580
Fax: (573) 751-9456

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, postage pre-paid on October 16, 2000 to:

| | |
|---|---|
| Mr. Hans Fesenmeyer<br>5000 Oak Street #B-3<br>Kansas City, MO<br>64112 | Ms. Paula Fesenmeyer<br>5000 Oak Street #B-8<br>Kansas City, MO<br>64112 |

_/s/ Joel E. Anderson______________________
Assistant Attorney General