IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

HANS FESENMEYER, ET AL., )

PLAINTIFFS, )

)

V. ) NO. 00-824-CV-W-SOW

)

STATE OF MISSOURI, ET AL., )

)

DEFENDANTS. )

**REPLY OF DEFENDANTS MEG SMITH AND DENISE OLIVER**

IN SIMILAR FASHION TO PLAINTIFFS'

RESPONSE TO DEFENDANTS' FIRST

MOTION TO DISMISS, PLAINTIFFS HERE FILE A LENGTHY DOCUMENT CONTAINING ALLEGATIONS AND GENERAL CITATIONS TO LAW. PLAINTIFFS DO NOT, HOWEVER, DIRECTLY ADDRESS ANY POINT RAISED BY DEFENDANTS SMITH AND OLIVER IN THEIR MOTION AS FOLLOWS:

DEFENDANTS' OBJECT THAT NO CLAIM IS STATED AGAINST EITHER OF THESE DEFENDANTS FOR THE REASON

THAT NO ALLEGATIONS ARE MADE THAT EITHER OF THESE DEFENDANTS DID ANYTHING OR FAILED TO DO ANYTHING. THE NAMES OF THESE DEFENDANTS DO NOT APPEAR IN PLAINTIFFS' COMPLAINT ANYWHERE.

PLAINTIFFS DO NOT ADDRESS THIS FACT BY SHOWING WHERE ANY ALLEGATIONS ARE MADE AGAINST THESE DEFENDANTS OR IN ANY WAY ARGUING THAT THEIR COMPLAINT IS

SUFFICIENT. PLAINTIFFS HAVE NOT ELECTED TO AMEND THEIR COMPLAINT BUT TO INSTEAD STAND ON WHAT HAS BEEN ALLEGED. DEFENDANTS OLIVER AND SMITH CANNOT ANSWER A COMPLAINT THAT CONTAINS NO ALLEGATIONS AGAINST THEM.

EVEN IF THE ALLEGATIONS IN PLAINTIFFS' RESPONSIVE BRIEF ARE TAKEN INTO CONSIDERATION, IT IS TO NO AVAIL IN SAVING PLAINTIFFS'

COMPLAINT. PLAINTIFFS ALLEGE THAT DEFENDANTS OLIVER AND SMITH JOINTLY AND SEPARATELY AND THROUGH SOME "DOMINO EFFECT" CAUSED THE FIRST PRACTICE OF DISCRIMINATION OF PLAINTIFFS. (BRIEF, P. 1). PLAINTIFFS PROCEED TO DISCUSS EVENTS OF MORE THAN 10 YEARS AGO.

PLAINTIFFS THEN INCLUDE A MULTITUDE OF FACT ALLEGATIONS

THAT ARE ONLY LOOSELY ASSOCIATED WITH ALLEGATIONS IN A DISCRIMINATION CASE. OF NOTE, PLAINTIFFS INCLUDE THE FOLLOWING ALLEGATIONS, BUT IN NO PLACE DO THEY SHOW HOW THESE ARE DISCRIMINATORY OR EVEN THAT THEY ARE INCORRECT:

PAGE 7: PLAINTIFFS ALLEGE THAT DEFENDANT SMITH'S HUSBAND REFUSED TO HIRE PLAINTIFF.

PAGES 9-14: ALLEGATIONS OF A HISTORY OF EFFORTS MADE BY BOTH DEFENDANTS TO ASSIST PLAINTIFFS, INCLUDING EVENTS THAT DO NOT SEEM TO BE CONNECTED TO ANYTHING. NONE ARE ALLEGED TO BE DISCRIMINATORY (PRESUMING THAT PLAINTIFFS ARE NOT ALLEGING THAT EACH AND EVERY EVENT BEFALLING THEM OVER THE PAST 10 YEARS WERE DISCRIMINATORY).

PAGES 26-30: COMPLAINTS ABOUT HOW EQUIPMENT WAS ORDERED AND WHAT FUNDS WERE USED TO PAY FOR THE EQUIPMENT. PLAINTIFFS PLAINLY DISAGREE IN SOME WAY WITH WHAT WAS DONE OR HOW IT WAS DONE, BUT "THAT" IT WAS DISCRIMINATORY IS NOT CLEARLY ALLEGED NOR IS ITS DISCRIMINATORY NATURE CAPABLE OF INFERENCE.

PAGES 33-38: ALLEGATIONS ABOUT

PLAINTIFF HANS FESENMEYER BEING REQUIRED TO TAKE A FULL COURSE LOAD BY THE UNIVERSITY OF MISSOURI-KANSAS CITY (UMKC), INCLUDING FAILURE TO ACCOMMODATE PLAINTIFF BY A PROFESSOR OF UMKC. PLAINTIFFS ALLEGE THAT BOTH DEFENDANTS WERE “AWARE” OF THIS. PLAINTIFFS ALLEGE NOTHING MORE ABOUT IT.

PAGE 41: DEFENDANT OLIVER IS

ALLEGED TO HAVE MISCALCULATED CERTAIN BENEFITS. SUCH AN ALLEGATION AMOUNTS TO NEGLIGENCE AT BEST.

THERE ARE NUMEROUS ADDITIONAL FACTS IN PLAINTIFFS' LENGTHY BRIEF, BUT NONE OF THEM MAKE OUT A CASE OF DISCRIMINATION. AT BEST, PLAINTIFFS MAY HAVE POINTED TO CERTAIN INSTANCES OF POSSIBLE NEGLIGENCE IF IT IS ASSUMED THAT

PLAINTIFFS ARE CORRECT ABOUT HOW PLAINTIFF HANS FESENMEYER'S CASE WAS TO BE HANDLED. IN ANY EVENT, NONE OF THESE ALLEGATIONS APPEAR IN PLAINTIFFS' COMPLAINT AND THE DEFECTS POINTED OUT BY DEFENDANTS IN THIS MOTION HAVE NOT BEEN CURED.

DEFENDANTS AGAIN PRAY THIS COURT WILL DISMISS THEM FROM THE CASE AT BAR.

RESPECTFULLY SUBMITTED,

JEREMIAH W. (JAY) NIXON
ATTORNEY GENERAL

_/S/ JOEL E. ANDERSON_____________________________
JOEL E. ANDERSON
ASSISTANT ATTORNEY GENERAL
MISSOURI BAR NO. 40962

6TH FLOOR BROADWAY STATE OFFICE BUILDING
P.O. BOX 899
JEFFERSON CITY, MISSOURI 65102
PHONE: (573) 751-0580

FAX: (573) 751-9456

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS MAILED, UNITED STATES MAIL, POSTAGE PRE-PAID ON NOVEMBER 15, 2000 TO:

MR. HANS FESENMEYER
5000 OAK STREET #B-3
KANSAS CITY, MO 64112

MS. PAULA FESENMEYER
5000 OAK STREET #B-8
KANSAS CITY, MO 64112

_/S/ JOEL E. ANDERSON___________________________
ASSISTANT

ATTORNEY GENERAL