IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
MISSOURI CENTRAL DIVISION

HANS FESENMEYER, et al.,

Plaintiffs,

v. No. 00-824-CV-W-SOW

STATE OF MISSOURI, et al.,

Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL AND DEMAND FOR RULING ON DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs have requested additional time to

obtain counsel. By Order of this Court on December 8, 2000, all proceedings were stayed until January 15, 2001 to allow Plaintiffs time to obtain counsel and have counsel file supplementary responses to the pending motions to dismiss filed by Defendants.

On January 16, 2001, Plaintiffs filed responsive suggestions to Defendants' motion to dismiss. In fact, Defendants have two pending motions to dismiss, and Plaintiffs have responded to both (Documents numbered 34

and 37). Their additional response does precisely the same thing as their prior responses: Plaintiffs merely document additional allegations and facts, but do not address the defects in their pleadings raised by Defendants in either motion.

Also on January 16, 2001 (entered on January 29, 2001), Plaintiffs requested an additional extension of time to find counsel, claiming that they had an appointment with an attorney to review their case on January 18,

2001. It is now eleven days past that time, and no attorney has entered or filed anything on their behalf.

Finally, Plaintiffs have made certain claims in their motion for additional time that may need clarification. While reciting the details of Plaintiffs' efforts to obtain legal assistance, Plaintiffs make reference to ongoing settlement negotiations and state that counsel for the present Defendants had been contacted. Though there may be some discussion taking place

between interested parties, there are no formal settlement negotiations taking place that involve counsel for Defendants. Further, though Plaintiff Paula Fesenmeyer has kindly kept counsel advised of her efforts and difficulties, counsel has not been contacted by an attorney purporting to represent Plaintiffs or otherwise, nor has counsel had any contact with any organization that is allegedly assisting Plaintiffs.

Since no counsel has entered or filed anything on behalf of Plaintiffs, Defendants

respectfully request a ruling on the pending

motions to dismiss.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

_/s/ Joel E.Anderson_________________
Joel E. Anderson
Assistant Attorney General
Missouri Bar No. 40962

6th Floor Broadway State Office Building
P.O. Box 899
Jefferson City, Missouri 65102
Phone: (573) 751-0580
Fax: (573) 751-9456

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, postage pre-paid on January 29, 2001 to:

| | |
|---|---|
| Mr. Hans Fesenmeyer<br>5000 Oak Street #B-3<br>Kansas City, MO<br>64112 | Ms. Paula Fesenmeyer<br>5000 Oak Street #B-8<br>Kansas City, MO<br>64112 |

_/s/ Joel E. Anderson______________
Assistant Attorney General