AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

(a) PLAINTIFFS

HANS FESENMEYER,
PAULA FESENMEYER

v

STATE OF MISSOURI, ETAL
U.S. DEPARTMENT OF EDU
OFFICE FOR CIVIL RIGHTS,
REGION VII

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-824-CV-W-SOW

TO: (Name and address of defendant)

MEG SMITH
7917 OUTLOOK AVENUE
SHAWNEE MISSION, KANSAS 66208

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Melanie Beard
Deputy Clerk

CLERK

DATE 9/14/200

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 9-21-01 |
|---|---|
| NAME OF SERVER *(PRINT)* LARRY M HAWKINS | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 7917 OUTLOOK RD (HOME)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[X] Other *(specify)*: ______

FILED 24 SEP 2001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-21-01
*Date*

Larry M Hawkins
*Signature of Server*

421 GLADSTONE BLVD, KCMO 64124
*Address of Server*

CASE NO. 00-824-CV-W-SOW

State of Missouri )
County of Jackson ) SS

Subscribed and sworn to before me, Notary Public in and for the aforesaid county and State this 22 day of September 2001

Pamela Woody

My Commission Expires ______
PAMELA WOODY
Notary Public - Notary Seal
STATE OF MISSOURI - Cass County
My Commission Expires March 31, 2005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.